IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAESAUN LAROCHELLE,

      Appellant,

 v.

Case No.  5D21-1660
LT Case No. 2018-CF-1548-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Seminole County,
Marlene M. Alva, Judge.

Richard Parker, of Mandell Law,
P.A., Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kellie A. Nielan,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and WOZNIAK, JJ., concur.